FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
Joseph Jr. & Sheri Lucas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE:<br><br>Joseph Lucas Jr.<br>Sheri Lucas<br><br>Debtor. | Case No.: **10-91121**<br>Chapter: **7**<br><br>DC No.: **FW:01**<br><br>Date: **May 26, 2010**<br>Time: **11:00 a.m.**<br>Place: **1200 I Street**<br>**Suite 4**<br>**Modesto, CA** |

## MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSIENSS

Debtors, Joseph Jr. & Sheri Lucas, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors' business – a 50% interest in the partnership known as "J & J Paving" for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated: 4-7-10

        FRIEND & WALTON
        A PROFESSIONAL LAW CORPORATION


        /s/ Randy K. Walton Esq
        **RANDALL K. WALTON, ESQ.**, Attorney for
        debtors, Joseph Jr. & Sheri Lucas

Motion to Avoid Lien

1